E-filing

EMC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

1
2
3
4
5
6
7
8
9
10  Delano Lamont Pinckney

11                                    Plaintiff,

12  vs.

13  Yuba Community College

14                                    Defendant.

15

CV 08 -3068

CASE NO. e/37A-A7-09303

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

16      I, Delano Lamont Pinckney declare, under penalty of perjury that I am the plaintiff

17  in the above entitled case and that the information I offer throughout this application is true and

18  correct. I offer this application in support of my request to proceed without being required to

19  prepay the full amount of fees, costs or give security. I state that because of my poverty I am

20  unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21      In support of this application, I provide the following information:

22  1.      Are you presently employed?                    Yes ✓ No ___

23  If your answer is "yes," state both your gross and net salary or wages per month, and give the

24  name and address of your employer:

25  Gross: _90.00/wk_____    Net: _90.00/wk_____

26  Employer: Mozart School of Music

27  #211-20740 Mufford Cresent Langley BC V2Y1V9

28  If the answer is "no," state the date of last employment and the amount of the gross and net salary

Form-Intake 3 (Rev. 4/05)                    - 1 -

1 | and wages per month which you received.

2 | *When last employed (7/07) received a 60K*

3 | *annual salary.*

4 | _____

5 | 2.     Have you received, within the past twelve (12) months, any money from any of the

6 | following sources:

7 |         a.     Business, Profession or                    Yes ___ No ✔

8 |                self employment?

9 |         b.     Income from stocks, bonds,                 Yes ___ No ✔

10 |               or royalties?

11 |        c.     Rent payments?                             Yes ___ No ✔

12 |        d.     Pensions, annuities, or                    Yes ✔ No ___

13 |               life insurance payments?

14 |        e.     Federal or State welfare payments,         Yes ✔ No ___

15 |               Social Security or other govern-

16 |               ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount

18 | received from each.

19 | *CALSTRS retirement - 7380.00*

20 | *Unemployment - 450/week*

21 | 3.     Are you married?                                  Yes ___ No ✔

22 | Spouse's Full Name: _____

23 | Spouse's Place of Employment: _____

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $_____ Net $_____

26 | 4.     a.     List amount you contribute to your spouse's support:$ _____

27 |        b.     List the persons other than your spouse who are dependent upon you for support

28 |               and indicate how much you contribute toward their support.  (NOTE: For minor

Form-Intake 3 (Rev. 4/05)                      - 2 -

1    children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2    *None*

3    _____

4    5.    Do you own or are you buying a home?              Yes ____  No ✓

5    Estimated Market Value: $_____ Amount of Mortgage: $_____

6    6.    Do you own an automobile?                    Yes ✓ No ~~✓~~

7    Make *Mazda*    Year *2004*   Model *V6 Wagon*

8    Is it financed? Yes ✓ No _____ If so, Total due: $ *18,000.00*

9    Monthly Payment: $ *450.00*

10   7.    Do you have a bank account? Yes ✓ No ____ (Do not include account numbers.)

11   Name(s) and address(es) of bank: *Bank of America*

12   *2205 Sunset Blvd, Ste.580 Rocklin CA 95765*

13   Present balance(s): $ *CK - neg. 78.80, Savts 0.46*

14   Do you own any cash?  Yes ____  No ✓ Amount: $ _____

15   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16   market value.)                                   Yes ____  No ✓

17   _____

18   8.    What are your monthly expenses?

19   Rent: $ *750.00*          Utilities: *150.00*

20   Food: $ *350.00*          Clothing: *200.00*

21   Charge Accounts:

22   | Name of Account | Monthly Payment | Total Owed on This Account |
     |---|---|---|
23   | *MasterCard* | $ *60.00* | $ *1580.00* |
24   | _____ | $ _____ | $ _____ |
25   | _____ | $ _____ | $ _____ |

26   9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

27   they are payable.  Do not include account numbers.)

28   *Student Loans ($60,000), IRS ($15000.00)*

Form-Intake 3 (Rev. 4/05)              - 3 -

1   Savstate Credit Union (16,800.00)

2   10.    Does the complaint which you are seeking to file raise claims that have been presented in

3   other lawsuits?   Yes ____   No _✓_

4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5   which they were filed.

6   _____

7   _____

8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9   false statement herein may result in the dismissal of my claims.

10

11   ___6 - 16 - 08___          _De Land Lamont Pinckney_

12          DATE                 SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Form-Intake 3 (Rev. 4/05)                - 4 -