

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO LAMONT PINCKNEY,<br>    Plaintiff,<br><br>v.<br><br>YUBA COMMUNITY COLLEGE,<br>    Defendant.<br>_____/ | Case No. C08-3068 EMC |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _August 6, 2008_

_____
Signature
Counsel for: _____
(Name of party or indicate "pro se")