**IN CANADA Chronicles**
**Delano Lamont Pinckney**

It is now apparent I have been followed to Vancouver (January 2008).

Poison and drug lure attempt at Hi Hostel-Burnaby Street (Feb 08)

Influence my association with music director and members of the choir at St James Anglican Church

Stalking (hostel, restaurants, where ever ventured)

Several drug buy, sell and use entrapment/lure attempts at Men2Men Club

March 1, given two week eviction notice from Monique Ng at 3727 Peter Street Burnaby (illegally)

**April 18** received deposit check at MSM in amount of 34 dollars (envelope opened by Erica Subong who also read it), this eviction is illegal and the deposit amount which should have arrived within two weeks should be due in double

I had to wait two weeks while the apartment was made surveillance ready from the roof and from the apartment below. I am also observed from the parking lot below. I can't go to the first floor (I am on third floor) to check my mailbox without being followed.

Influence MSM supervisor to decrease the number of students I teach, thus effecting my earning ability or ability to be financially self sufficient or responsible

Apartment is rigged for outside entry.(glass doors, bedroom window, ceilings and walls have peep holes)

Spying on me in privacy of my apartment (created peek space beneath the front door)

Invade my apartment at night when I sleep (keeping me up all night), can only sleep during the day

Keep me estranged from contact with any friends

Entering and searching my apartment in my absence

Eviction notice (10 day) served July 4, still response to work permit application received

Parents refuse to help, no return of calls/messages left for Bob or Mel (brothers)

Tried to begin working with a model as personal assistant, but that contact (July 4) was a set up with cops sitting in waiting and observing our meeting, even listening to our conversation. Attempts by law enforcement are relentless to lure or manipulate every aspect of my interaction with other people in every possible way. The attempt to paint me as someone of threatening or illegal personage is ongoing.

Numerous emails sent to Vancouver attorneys in hopes of gaining some kind of support in work permit effort.

San Francisco District court documents received (July 3), harassment in the apartment intensified.

Computer monitored, emails (outgoing and incoming) intercepted blocking pursuit of employment

Harassing emails and MSN messenger contact from strangers regarding online profiles (nice daddies)

Followed to bank, grocery store, even in the apt building (to check mailbox, go to the office or to laundry

Receiving harassing hang up calls on Skype, since MSN messenger shows offline. I receive random emails from strangers asking for my email address.

Parents not responding to phone calls, using withheld medication as blackmail to lure me into returning to the US where the harassment originated and was ongoing for over ten years

Facing Park Place eviction (July 21, 08) 72 hour notice to pay or move out (530.00 due)

Immigration in Seattle not responding to repeated emails, sent from April to most recent request sent August 3, regarding Work Permit application. It is quite apparent pursuit of employment is blocked.

Canadian immigration refugee office not responding to mailed in application (June 2008) for refugee status

Made attempt to connect with a model to work as personal assistant, but the whole matter was manipulated into a law enforcement set up

Missed July 20/21 church services because of no gas money

Hours at Mozart Music School reduced to one hour per week (as of July 2008)

End of July, left with one student going to August as previous students on summer break 'till Sept 2008

07/30/08 Erica did something different and odd today, something she has never done. Before my work with two students she moved a wall clock into the room even though my wrist watch was clearly in view and verified the time when I entered the studio. Upon leaving I noticed the office at the bottom of the stairs had three gentlemen in it, crowded around the office computer and who were not the hockey coaches seen working there previously. In fact, the hockey area was closed, there was no one using the rink and no practice going on. So what were these men doing in this office? And why did they not want me to see their faces? Erica seemed eager for me to leave after teaching, this is unusual as we usually talk afterwards.

Weekend of 8/01-8/3 late night (1-5am) harassment persisted. I heard someone open my sliding glass door I could also smell them. I can also hear someone trying to look under the front door.

At the front door (of the apartment), at the floor someone has carved out the rubber padding, allowing for a camera or line probe to easily slide under the front door to see inside the apartment.

I also noticed a pin light coming up through the heating fixture sitting and the bedroom floorboard. The flashing of pin flashes is done repeatedly, hoping to harass and annoy me.

I know this is retaliation for my pursuit of legal representation in the YCCD law suit.

August 5 Missed opportunity to work with the only student in schedule because of no money for gas to get there, nor food for energy, stomach aches, headaches persist. I emailed Erica twice but she never responded

4am: Working on Voice over audio files (quietest this time of night) Gaseous fumes are sent into my apartment from the roof, causing nausea and headaches. This is the second time this has been done (08/06/2008), the fumes cause sleep deprivation, disorientation, shaking and chills. I have an oscillation fan on the floor, running at high speed, with the sliding door open to air out the fumes, but the stench is disgusting, it smells like burning sulfur or some other chemical. It's now 4:30am and the fumes persist. By 5:30am the fumes have faded and gone.

*[signature]*