1  ALESA SCHACHTER (SBN 102542)
   JASON M. SHERMAN (SBN 245190)
2  JOHNSON SCHACHTER & LEWIS
   A Professional Law Corporation
3  California Plaza
   2180 Harvard Street, Suite 560
4  Sacramento, CA 95815
   Telephone: (916) 921-5800
5  Facsimile: (916) 921-0247

6  Attorneys for Defendant, YUBA COMMUNITY COLLEGE DISTRICT (erroneously sued as
   YUBA COMMUNITY COLLEGE)
7

8                    IN THE UNITED STATES DISTRICT COURT

9              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           (San Francisco Division)

11  DELANO LAMONT PINCKNEY,           )   CASE NO. CV 08-3068 EMC
                                      )
12          Plaintiff                 )   [PROPOSED] ORDER QUASHING
                                      )   SERVICE
13  v.                                )
                                      )
14  YUBA COMMUNITY COLLEGE,           )   DATE:   October 22, 2008
                                      )   TIME:   10:30 a.m.
15          Defendant.                )   ROOM:   10
                                      )   Judge:  The Honorable Edward
16                                                M. Chen

17

18
        The motion to quash service has been heard and considered by this Court. After full
19
   consideration of the authorities submitted by counsel,
20

21
        **IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to Rule 12(b)(4) and
22
   (5) of the Federal Rules of Civil Procedure, the process and service in this case are insufficient as
23
   a matter of law. Accordingly, service upon Defendant Yuba Community College is hereby
24
   quashed.
25

26

27  Dated:
                                          _____
28                                        JUDGE OF THE NORTHERN DISTRICT
                                          COURT

                                            1
                        [PROPOSED] ORDER QUASHING SERVICE

# PROOF OF SERVICE

CASE NAME:   Pinckney v. Yuba Community College
CASE NO.:    CV 08-06068 EMC

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On the date listed below, I served the following: **[PROPOSED] ORDER QUASHING SERVICE**

___    United States Mail - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

___    **ELECTRONIC SERVICE** - by causing such document to be served electronically to the addresses below.

___    By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

_X_    Federal Express - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

___    Personal Service - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

| Delano Lamont Pinckney, In Pro Per<br>9480 128th Street, #376<br>Surrey, BC V3V6H2<br>(843) 564-6084 | |
|---|---|

_X_    FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 5, 2008, at Sacramento, California.

/s/ Mike Quinn
_____
Mike Quinn

*(Left margin: JOHNSON SCHACHTER & LEWIS, A PROFESSIONAL LAW CORPORATION, 2180 HARVARD STREET, SUITE 560, SACRAMENTO, CA 95815, TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247)*