ALESA SCHACHTER (SBN 102542)
JASON M. SHERMAN (SBN 245190)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for Defendant, YUBA COMMUNITY COLLEGE DISTRICT (erroneously sued as YUBA COMMUNITY COLLEGE)

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| DELANO LAMONT PINCKNEY,<br><br>　　Plaintiff<br><br>v.<br><br>YUBA COMMUNITY COLLEGE,<br><br>　　Defendant. | CASE NO. CV 08-3068 EMC<br><br>[PROPOSED] ORDER TRANSFERRING VENUE TO THE EASTERN DISTRICT OF CALIFORNIA<br><br>DATE: October 22, 2008<br>TIME: 10:30 a.m.<br>ROOM: 10<br>Judge: The Honorable Edward M. Chen |

The motion to transfer venue has been heard and considered by this Court. After full consideration of the authorities submitted by counsel,

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to 28 U.S.C. § 1404, for the convenience of the parties and witnesses and in the interests of justice, venue in the above captioned matter is hereby transferred to the United States District Court in and for the Eastern District of California, which is a proper venue for this action under 42 U.S.C. § 2000e-5.

Dated: _____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JUDGE OF THE NORTHERN DISTRICT COURT

1

[PROPOSED] ORDER TRANSFERRING VENUE TO THE EASTERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

**CASE NAME:** Pinckney v. Yuba Community College
**CASE NO.:** CV 08-06068 EMC

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On the date listed below, I served the following: **[PROPOSED] ORDER TRANSFERRING VENUE TO THE EASTERN DISTRICT OF CALIFORNIA**

___ United States Mail - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

___ **ELECTRONIC SERVICE** - by causing such document to be served electronically to the addresses below.

___ By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

_X_ Federal Express - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

___ Personal Service - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

| Delano Lamont Pinckney, In Pro Per<br>9480 128th Street, #376<br>Surrey, BC V3V6H2<br>(843) 564-6084 | |
|---|---|

_X_ FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 5, 2008, at Sacramento, California.

/s/ Mike Quinn
_____
MIKE QUINN

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247